294 U.S. 723
 55 S.Ct. 550
 79 L.Ed. 1254
 Rose Hudson BARNES, petitioner,
v.
Frances D. BOYD, Annie L. Brown et al.*
 No. 677.
 Supreme Court of the United States
 March 18, 1935
 
 Mr. J. Franklin Fairleigh, of Louisville, Ky., for petitioner.
 
 
 1
 For opinion below, see 73 F.(2d) 910.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.
 
 
 
 *
 Rehearing denied 55 S. Ct. 647, 79 L. Ed. ——.